TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00042-CV

Mary C. Sandoval, Appellant

v.

The Waterloo Council of Co-owners, Inc. n/k/a Waterloo Condominium

Association, Inc.; and The Bratton Firm, P.C., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 95-08913, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: March 6, 1997

Do Not Publish